```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOHANCE STEWART and THERESA HUTCHINSON,

                              Plaintiffs,

                              v.

KAMTECH SOLUTIONS CORP. d/b/a KAMTECH RESTORATION CORP. d/b/a KAMTECH SOLAR SOLUTIONS; SALAL CREDIT UNION f/k/a GROUP HEALTH CREDIT UNION; and FINANCIAL ASSISTANCE, INC.,

                              Defendants.

No. 21-CV-1800 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

       On March 2, 2021, Plaintiffs Yohance Stewart and Theresa Hutchinson brought this action alleging violations of the Fair Credit Reporting Act. On April 19, 2021, Plaintiffs filed affidavits of service stating that Defendant Salal Credit Union ("Salal") was served on March 4, 2021, Defendant Kamtech Solutions Corporation ("Kamtech") was served on March 8, 2021, and Defendant Financial Assistance, Inc. was served on March 18, 2021.

       Financial Assistance, Inc. answered the complaint on April 9, 2021. The answers of Salal and Kamtech were due on March 25, 2021 and March 29, 2021, respectively. Although both parties have appeared, neither has responded to the complaint. They shall do so or seek an extension by April 30, 2021. If Salal and Kamtech fail to do so, and Plaintiffs intend to move for default judgment, they shall do so by May 14, 2021.

SO ORDERED.

Dated:    April 21, 2021
            New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge