UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOHANCE STEWART, THERESA HUTCHINSON,<br><br>                           Plaintiffs,<br><br>              v.<br><br>KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, FINANCIAL ASSISTANCE, INC.,<br><br>                           Defendants. | 21-CV-1800 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

In light of a scheduling conflict, the initial pre-trial conference scheduled for June 4, 2021 at 11:45 a.m. is hereby re-scheduled to June 3, 2021 at 2:30 p.m.

The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:     May 28, 2021
             New York, New York

                                                               RONNIE ABRAMS
                                                                  United States District Judge

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/28/2021