UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/12/2021

YOHANCE STEWART and THERESA HUTCHINSON,

          Plaintiffs,

v.

KAMTECH SOLUTIONS CORP. d/b/a KAMTECH RESTORATION CORP. d/b/a KAMTECH SOLAR SOLUTIONS; SALAL CREDIT UNION f/k/a GROUP HEALTH CREDIT UNION; and FINANCIAL ASSISTANCE INC,

          Defendants.

No. 21-CV-1800 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court held a telephonic conference in this case on October 8, 2021. As discussed in that conference, by no later than October 15, 2021, the parties shall submit a proposed Case Management Plan and Scheduling Order. If any party is unable to agree on discovery deadlines in light of the pending motions to dismiss, that party shall file a motion to stay discovery no later than October 15, 2021.

SO ORDERED.

Dated:    October 12, 2021
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge