UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                Plaintiffs,

                v.

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, FINANCIAL ASSISTANCE, INC.,

                Defendants.

21-CV-1800 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 15, 2021, Defendants filed a letter motion seeking to stay discovery pending a decision on their motions to dismiss. Dkt. 54. Plaintiffs opposed the motion to stay discovery and, on December 8, 2021, filed a motion to compel discovery. Dkts. 56, 57. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, and prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    December 9, 2021
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge