UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                Plaintiffs,

v.

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, and FINANCIAL ASSISTANCE, INC.,

                Defendants.

No. 21-CV-1800 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a telephone conference to discuss Kamtech and Salal's pending motions to dismiss on Monday, January 24, 2022 at 2:00 p.m. The parties shall use the following dial-in information for the conference: Call-In Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference.

SO ORDERED.

Dated:    January 11, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge