UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOHANCE STEWART and THERESA
HUTCHINSON,

                    Plaintiffs,

          v.

KAMTECH SOLUTIONS CORP., SALAL
CREDIT UNION, and FINANCIAL
ASSISTANCE, INC.,

                    Defendants.

No. 21-CV-1800 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

        For the reasons stated on the record during today's conference, Salal's motion to dismiss

Counts One and Two of Plaintiffs' Amended Complaint is denied, while Kamtech's motion

to dismiss Count Three is granted.  Plaintiffs are granted leave to amend their complaint within

30 days of this order.  The stay of discovery is hereby lifted.

        The Clerk of Court is respectfully directed to terminate the motions pending at Dkts.

32 and 35.

SO ORDERED.

Dated:     January 24, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge