UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

          Plaintiffs,

-v-

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, and FINANCIAL ASSISTANCE, INC.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 61). The Court will schedule an initial conference in accordance with Fed. R. Civ. P. 16 after Plaintiffs file their amended complaint pursuant to the Honorable Ronnie Abrams' January 24, 2022 Order (ECF No. 62).

Dated:     New York, New York
            January 24, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**