UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

           Plaintiffs,

-v-

           CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**ORDER**

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, and FINANCIAL ASSISTANCE, INC.,

           Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 11, 2022, the Court orders as follows:

1. The Court's adoption of a case management plan ("CMP") is HELD IN ABEYANCE;

2. Defendants shall promptly search for and produce the documents and information identified by Plaintiffs in their informal settlement-related discovery requests (see ECF No. 71 at ¶ 11);

3. Plaintiffs shall promptly disclose any non-party subpoenas served to date; and

4. A telephone conference is scheduled for **Tuesday, May 3, 2022 at 9:30 am** to discuss whether to schedule a settlement conference or to enter a CMP. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
          April 11, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**