UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                       Plaintiffs,

-v-

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, and FINANCIAL ASSISTANCE, INC.,

                       Defendants.

CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 77 is GRANTED, and the Court orders as follows:

1. The telephone conference scheduled for August 30, 2022 is ADJOURNED to **Thursday, October 20, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. All fact discovery shall be completed by **November 8, 2022**;

3. By **November 15, 2022**, the parties shall file a joint letter certifying the completion of fact discovery;

4. All expert discovery shall be completed by **December 9, 2022**; and

5. By **December 16, 2022**, the parties shall file a joint letter certifying the completion of expert discovery and advising whether they wish for the Court to hold a settlement conference.

The Clerk of Court is respectfully directed to close ECF No. 77.

Dated:     New York, New York
            August 24, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**