UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                            Plaintiffs,

-v-

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, and FINANCIAL ASSISTANCE, INC.,

                            Defendants.

CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 2, 2022, the Court directed Plaintiffs to file a letter (the "Letter") regarding the status of their settlement agreements with Defendants Kamtech Solutions Corp. and Salal Credit Union by December 5, 2022. (ECF No. 84 (the "Dec. 2 Order")). Plaintiffs failed to comply with the Dec. 2 Order. On December 7, 2022, the Court sua sponte extended this deadline and directed Plaintiffs to file the Letter by December 8, 2022. (ECF No. 86 (the "Dec. 7 Order")). To date, Plaintiffs have not filed the Letter in compliance with the Dec. 7 Order or otherwise communicated with the Court.

As a final courtesy, the Court sua sponte extends this deadline and directs Plaintiffs to file the Letter by **December 14, 2022**. Plaintiffs are warned that failure to comply with this Order may result in a recommendation of sanctions, including dismissal of their claims against Defendants Kamtech Solutions Corp. and Salal Credit Union. See Fed. R. Civ. P. 16(f), 41(b).

Dated:     New York, New York
            December 13, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**