UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                Plaintiffs,

-v-

KAMTECH SOLUTIONS CORP., SALAL CREDIT UNION, and FINANCIAL ASSISTANCE, INC.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed Plaintiffs' December 14, 2022 letter (ECF No. 88), the Court orders as follows:

1. Plaintiffs and Defendant Kamtech Solutions Corp. shall promptly meet and confer to resolve their dispute regarding their settlement agreement and, by **December 22, 2022**, shall file a joint letter reporting on the status of their agreement.

2. By **December 22, 2022**, Plaintiffs shall file a stipulation of dismissal as to Defendant Financial Assistance, Inc.

3. By **January 6, 2022**, Plaintiffs shall file a stipulation of dismissal as to Defendant Salal Credit Union.

Dated:     New York, New York
            December 15, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**