UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                          Plaintiffs,

-v-

KAMTECH SOLUTIONS CORP. and SALAL CREDIT UNION,

                          Defendants.

CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By orders dated December 15, 2022 and December 23, 2022, the Court directed Plaintiffs to file stipulations of dismissal (the "Stipulations") as to Defendants Salal Credit Union and Kamtech Solutions Corp. by January 6, 2023. (ECF Nos. 89, 93 (the "Orders")). Plaintiffs failed to comply with the Orders. As a one-time courtesy, the Court sua sponte extends this deadline and directs Plaintiffs to file the Stipulations by **January 10, 2023**. Plaintiffs are warned that failure to comply with this Order may result in a recommendation of sanctions, including dismissal of their claims. See Fed. R. Civ. P. 16(f), 41(b).

Dated:       New York, New York
                January 9, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge