UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                      Plaintiffs,

-v-

SALAL CREDIT UNION,

                      Defendant.

CIVIL ACTION NO.: 21 Civ. 1800 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2023, the Court granted Plaintiffs' request for an extension, until February 10, 2023, to file a stipulation of dismissal (the "Stipulation") as to Defendant Salal Credit Union. (ECF No. 96 (the "Jan. 12 Order")). Plaintiffs failed to comply with the Jan. 12 Order. As a one-time courtesy, the Court _sua sponte_ extends this deadline and directs Plaintiffs to file the Stipulation by **February 17, 2023**. Plaintiffs are warned that failure to comply with this Order may result in a recommendation of sanctions, including dismissal of their claims. See Fed. R. Civ. P. 16(f), 41(b).

Dated:      New York, New York
             February 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**